Honorable Judge Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KENNETH P. EVANS, an individual,

    Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICES aka NEWREZ, LLC, a Delaware corporation; MTC FINANCIAL, dba TRUSTEE CORPS, a California Corporation; and THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES. SERIES 2006-21,

    Defendants.

No.: 2:19-cv-00288-TOR

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MTC FINANCIAL INC. d/b/a TRUSTEE CORPS

Pursuant to Fed. R. Civ. P. 7.1, Defendant MTC Financial Inc. d/b/a Trustee Corps hereby declares:

Defendant MTC Financial Inc. d/b/a Trustee Corps has no parent corporation and no publicly held corporation owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: October 10, 2019.

    PETERSON RUSSELL KELLY, PLLC

    By:   /s/ Michael S. DeLeo
    Michael S. DeLeo, WSBA # 22037
    Attorneys for Defendant MTC Financial Inc.,
    d/b/a Trustee Corps

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MTC FINANCIAL INC. D/B/A TRUSTEE CORPS - 1

107977 197 ji26dm02jf

**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

# CERTIFICATE OF SERVICE

I certify that I caused to be served in the manner noted below a copy of the foregoing pleading on the following individual(s):

| | |
|---|---|
| Emanuel F. Jacobowitz | [ ] Via Facsimile |
| Nathan J. Arnold | [ ] Via First Class Mail |
| Cloutier Arnold Ortega PLLC | [ ] Via Messenger |
| 2701 First Avenue, Suite 200 | [ ] Via Email |
| Seattle, WA 98121 | [X] Via CM/ECF Electronic Notice |
| Email: manny@caoteam.com; | |
| nathan@caoteam.com | |

| | |
|---|---|
| Joseph T. McCormick, III | [ ] Via Facsimile |
| Joshua S. Schaer | [ ] Via First Class Mail |
| Wright Finlay & Zak LLP - SEA | [ ] Via Messenger |
| 3600 15th Avenue West. Suite 202 | [ ] Via Email |
| Seattle, WA 98119 | [X] Via CM/ECF Electronic Notice |
| Email: jmccormick@wrightlegal.net; | |
| jschear@wrightlegal.net | |

DATED: October 10, 2019, at Bellevue, Washington.

By: /s/ Rachel White
Rachel White, Paralegal

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MTC FINANCIAL INC. D/B/A TRUSTEE CORPS - 2

**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

107977 197 ji26dm02jf