1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF WASHINGTON**
7                                              )
    KENNETH R. EVANS, an                       )
8   individual,                                )   **Case No.  2:19-cv-00288-TOR**
                                               )
9                          Plaintiff,          )
                                               )   **STIPULATED ORDER OF**
10     v.                                       )   **INJUNCTION**
                                               )
11  SHELLPOINT MORTGAGE                        )
    SERVICES aka NEWREZ, LLC, a                )
12  Delaware corporation; MTC                  )
    FINANCIAL, dba TRUSTEE                     )
13  CORPS, a California Corporation;           )
    and THE BANK OF NEW YORK                   )
14  MELLON FKA THE BANK OF                     )
    NEW YORK AS TRUSTEE FOR                    )
15  THE CERTIFICATEHOLDERS                     )
    CWABS, INC., ASSET-BACKED                  )
16  CERTIFICATES, SERIES 2006-21.              )
                                               )
17                         Defendants.         )

18       By stipulation of the Parties, by and through their respective undersigned counsel,

19
    IT IS ORDERED that an Injunction to Restrain Trustee's Sale shall be entered as
20

21  follows:

22   1. Defendants are ENJOINED from holding the trustee's foreclosure sale currently

23
        scheduled for December 13, 2019, or otherwise pursuing a trustee's foreclosure
24

25      sale, until further order of the Court.

CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 First Avenue, Ste 200
Seattle, Washington 98121
113 East Woodin Ave, Suite 200
Chelan, WA 98816
(206) 866-3230

2. IT IS FURTHER ORDERED that Plaintiff shall pay $3,805.92 per month into the

registry of the Court during the pendency of this action.

   **DATED** this 2d day of December 2019.

                            WRIGHT, FINLAY & ZAK, LLP

                            /s/ Joseph T. McCormick III
                            Joseph T. McCormick III, WSBA No. 48883
                            Wright, Finlay & Zak, LLP
                            612 S. Lucile Street, Suite 300
                            Seattle, WA 98109
                            (415) 230-4350
                            jmccormick@wrightlegal.net
                            *Counsel for Shellpoint and BONY Trust*

                            PETERSON RUSSEL KELLY, PLLC

                            /s/ Michael S. DeLeo
                            Michael S. DeLeo, WSBA No. 22037
                            Peterson Russel Kelly, PLLC
                            10900 NE Fourth Street, Suite 1850
                            Bellevue, WA 98004
                            (25) 462-4700
                            mdeleo@prklaw.com
                            *Counsel for MTC Financial, Inc. d/b/a Trustee Corps*

                            CLOUTIER ARNOLD JACOBOWITZ, PLLC

                            /s/ Nathan J. Arnold
                            Nathan J. Arnold WSBA No. 45356
                            Emanuel Jacobowitz, WSBA No. 39991
                            Cloutier Arnold Jacobowitz, PLLC
                            2701 First Avenue, Suite 200
                            Seattle, WA 98121
                            (206) 866-3230; Fax (206) 866-3244
                            Nathan@CAJlawyers.com
                            *Counsel for Plaintiff*

CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 First Avenue, Ste 200
Seattle, Washington 98121
113 East Woodin Ave, Suite 200
Chelan, WA 98816
(206) 866-3230