UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH R. EVANS, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>SHELLPOINT MORTGAGE SERVICES aka NEWREZ, LLC, a Delaware Corporation; MTC FINANCIAL, dba TRUSTEE CORPS, a California Corporation; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-21,<br><br>      Defendants. | NO: 2:19-CV-0288-TOR<br><br>ORDER REMANDING TO THE CHELAN COUNTY SUPERIOR COURT |

BEFORE THE COURT are Defendants' Motion to Compel Discovery, ECF No. 28, and Plaintiff's Motion to Remand Action to State Court, ECF No. 29. These matters were submitted for hearing without oral argument. The Court has reviewed the record and files herein, and is fully informed.

ORDER REMANDING TO THE CHELAN COUNTY SUPERIOR COURT ~ 1

Plaintiff moves for this case to be remanded back to Chelan County Superior Court, because complete diversity is lacking and all parties have agreed or acquiesced to remand. ECF No. 29. Defendants do not oppose the motion on the merits but oppose the timing and purpose of the motion. ECF No. 30 at 2. Defendants complain that the Motion to Remand was timed to avoid allowing this Court to rule on a longstanding discovery dispute. ECF No. 30. Defendants explain that the failure to rule on the discovery dispute will cause Defendants to re-brief the motion for the state court, which will only increase fees and costs. *Id*.

This Court has thoroughly considered Defendants' discovery motion and declines to rule on it. The trial court with jurisdiction, which will ultimately resolve the case, should decide these preliminary discovery disputes.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Defendants' Motion to Compel Discovery, ECF No. 28, is **DENIED** as moot in this Court. The motion may be renewed in State Court.
2. Plaintiff's Motion to Remand Action to State Court, ECF No. 29, is **GRANTED**. The Bench Trial Scheduling Order, ECF No. 19, and all other deadlines and hearings are **VACATED**.
3. This case is hereby **REMANDED** to the Chelan County Superior Court for all further proceedings (former Chelan County Superior Court No. 19-2-00644-04).

4. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, <u>mail a certified copy to the Clerk of the Chelan County Superior Court</u>, and **CLOSE** the file.

**DATED** June 15, 2020.



THOMAS O. RICE
Chief United States District Judge